# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| PAULETTE DIAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:18CV1581 HEA |
| | ) | |
| ARMOND LEVY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on Defendants' Motions to Dismiss, [Doc. Nos. 46 and 47]. Defendants move to dismiss pursuant to Rule 25(a)(1). Plaintiff has not responded. On April 15, 2019, Defendants Armond Levy and St. Louis Neurosurgery, L.L.C filed a Suggestion of Death suggesting Plaintiff died on March 17, 2019. In support of the Motion, Defendants attached a copy of an obituary for Paulette Rae Dial.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff is given 10 days from the date of this Order to show cause why Defendants' Motions should not be granted. Failure to show cause within the said time will result in dismissal of this action without

further notice.

Dated this 13th day of August, 2019.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE